IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR274 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| WALTER B. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order entered this date,

FINAL JUDGMENT is entered for the United States of America, and against the defendant, Walter B. Jones, providing that the defendant shall take nothing, and his motion to vacate, set aside, or correct his sentence (filing 61) is denied with prejudice.

July 10, 2006.                                BY THE COURT:

                                                                                                        s/ *Richard G. Kopf*
                                                                                                        United States District Judge