IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-274 |
| vs. | ORDER |
| WALTER B. JONES, JR., | |
| Defendant. | |

The defendant has sent a letter to the Clerk of the Court (filing 87) asking for copies of his presentence report and the sentencing guidelines in place in 2002. Construing that letter as a motion, the Court will deny it. The defendant does not have the right to receive copies of documents without payment, even if he is indigent (which, the Court notes, he neither alleged nor proved). *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Nor can the Clerk provide the defendant with legal research. *See* 28 U.S.C. § 955. Accordingly,

IT IS ORDERED that the defendant's motion for copies (filing 87) is denied.

Dated this 29th day of February, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge