IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WALTER B. JONES, JR.

        Defendant.

4:01-CR-274

MEMORANDUM AND ORDER

      This matter is before the Court on the defendant, Walter B. Jones, Jr.'s pro se motion to vacate under 28 U.S.C. § 2255, and motion for status. Filing 84; filing 86. The motions will be denied.

      The defendant was sentenced in October 2002 and on April 17, 2006 he filed a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255. Filing 61. That motion was denied in July 2026. Filing 64. He filed this second motion under 28 U.S.C. § 2255 on August 14, 2023. Filing 84.

      The Antiterrorism and Effective Death Penalty Act of 1996 imposed procedural requirements on federal prisoners who wish to file "second or successive" motions to vacate their sentences. The AEDPA amended 28 U.S.C. § 2244(b) to preclude the filing of any subsequent habeas corpus petition absent certification by a panel of the appropriate court of appeals for the circuit in which the district court is located, authorizing the district court to consider the successive application. Section 2255(h) provides that a second or successive § 2255 motion may not be filed without appellate court approval in the manner provided in § 2244. If the defendant wants to file a second § 2255 motion, he must seek leave to do so from the U.S. Court of Appeals for the Eighth Circuit,

in the manner provided in § 2244. *See* United States v. Patton, 309 F.3d 1093, 1094 (8th Cir. 2002); *see also* United States v. Carranza, 467 F. App'x 543 (8th Cir. 2012).

IT IS ORDERED:

1. The defendant's motion to vacate, set aside, or correct the sentence (filing 84) is denied.

2. The Court will not issue a certificate of appealability in this matter.

3. A separate judgment will be entered.

4. The defendant's motion for status is denied as moot. Filing 86.

Dated this 22nd day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge